TROIANO et al., Respondents, v. EGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Andrew Troiano and others against Charles E. Egan and others. J. E. Doherty, of Brooklyn, for appellants. J. G. Deane, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TROTTER, Respondent, v. DICK et al., Appellants. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Walter F. Trotter, as receiver, against William A. Dick and others. R. P. Buell, of New York City, for appellants. H. A. Bayne, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer, on payment of costs. Order filed. See, also, 139 N. Y. Supp. 1148.

TROTTER v. DICK et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Walter F. Trotter, as receiver, etc., against William A. Dick and others. No opinion. Motions granted. Questions certified. Order filed. See, also, 139 N. Y. Supp. 1148.

TROTTER v. IRON RY. CO. et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Walter F. Trotter, as receiver, etc., against the Iron Railway Company, impleaded with others. No opinion. Motion granted. Questions certified. Order filed.

TROTTER v. LISMAN et al. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Appeal from Special Term, New York County. Action by Walter F. Trotter, as receiver, against Frederick J. Lisman and others. From a judgment sustaining the demurrer interposed by the Iron Railway Company, and dismissing the complaint, plaintiff appeals. Reversed, and demurrer overruled. See, also, 131 App. Div. 932, 116 N. Y. Supp. 1149. Hugh A. Bayne, of New York City, for appellant. George Welwood Murray, of New York City, for respondent.

PER CURIAM. Judgment appealed from must be reversed, with costs, and the demurrer overruled, with costs, with leave to the defendant to withdraw the demurrer and to answer, on payment of costs in this court and in the court below, on the ground that the demurring defendant is a proper, although perhaps not a necessary, party to the action.

TROWBRIDGE, Appellant, v. TOWNSEND, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Katharine B. Trowbridge against James M. Townsend, individually and as executor, etc. W. T. Jerome, of New York City, for appellant. C. V. Anable, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TULL, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Edward E. Tull against Marian A. Barrett. R. P. Buell, of New York City, for appellant. C. O. Maas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer, upon payment of costs in this court and in the court below. Order filed.

UNGER et al., Respondents, v. MILLAR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by George E. Unger and others against John C. Millar, individually, etc., and another. No opinion. Motion for leave to appeal to Court of Appeals (from 138 N. Y. Supp. 1146) denied, with $10 costs.

URLACHER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Charles Urlacher against the New York Telephone Company. No opinion. Motions denied, without costs.

UTESS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Max F. Utess against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 140 App. Div. 922, 125 N. Y. Supp. 1148.

McLENNAN, P. J., and LAMBERT, J., dissent, upon the authority of decision in same case on former appeal, reported at 204 N. Y. 324, 97 N. E. 722.

VANDIVER, Appellant, v. WILLIAMS et al., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by Almuth C. Vandiver against John Williams and another. C. S. Mackenzie, of New York City, for appellant. W. H. Baker, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VAN VOORHIS, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Annie C. Van Voorhis against James E. Martin. No opinion. Judgment and order unanimously affirmed, with costs.

VOJTOISOVICSH, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. Jan-